### 4488.   EDWARDS *v.* THE STATE.

POTTLE, J. No error of law is complained of, and the evidence fully authorizes the verdict.                    *Judgment affirmed.*
DECIDED DECEMBER 10, 1912.

Indictment for sale of liquor; from Floyd superior court—Judge Maddox. October 12, 1912.

*Eubanks & Mebane,* for plaintiff in error.
*John W. Bale, solicitor-general,* contra.

---

### 4489.   JONES *v.* THE STATE.

HILL, C. J. There being no error of law complained of, and the evidence strongly supporting the verdict, the refusal of a new trial was not error.                    *Judgment affirmed.*
DECIDED DECEMBER 10, 1912.

Indictment for sale of liquor; from Floyd superior court—Judge Maddox. October 12, 1912.

*Eubanks & Mebane,* for plaintiff in error.
*John W. Bale, solicitor-general,* contra.